RECEIVED

JUN 2 0 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED

JUN 3 0 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| LITECUBES, L.L.C., a California Limited Liability Co. and CARL R. VANDERSCHUIT, Plaintiffs, vs. MEDIACORP WORLDWIDE, LLC a Kansas Limited Liability Corp. Defendants. | Case No. 4:03CV00301ERW |

### MOTION TO DISMISS PURSUANT TO RULE 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims of Litecubes, LLC and Carl R. VanderSchuit against Tradewind Products, Inc., a Delaware Corporation, d/b/a Youcansave.com and are hereby dismissed.

Each party to bear its own costs and attorney fees.

HARNESS, DICKEY & PIERCE, P.L.C.

By: *Matthew Cutler*
Rudolph A. Telscher, Jr., #8578
Matthew L. Cutler, #78149
Jacob S. Wharton, #106793
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
FAX: (314) 726-7501

ATTORNEYS FOR PLAINTIFFS

**SO ORDERED** this 30th day of June 2003.

_____
E. Richard Webber
United States District Court Judge



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2003, a copy of the Stipulation and Order of Dismissal was served via facsimile and first-class mail, postage prepaid on:

Doug DeZube, Esq.
Ullman, DeZube & Miller, P.A.
10100 West 87th Street – Suite 202
Overland Park, KS 66212

Kamran Fattahi
Encino Office Park II
6345 Balboa Blvd, Suite 330
Encino, CA 91316

*Matthew Cutle*

UNITED STATES DISTRICT COURT    EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/30/03 by gfreeman
                4:03cv301     Litecubes, LLC vs Tradewind Products

17:101 Copyright Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
                          COMMISSIONER OF PATENTS & TRAKEMARKS ✓
                          WASHINGTON, DC   20231

| | |
|---|---|
| Matthew Cutler -   78149 | Fax: 314-726-7501 |
| Douglas DeZube - | Fax: 913-385-1948 |
| Kamran Fattahi - | Fax: 818-996-0095 |
| Patrick Miller - | Fax: 913-385-1948 |
| Rudolph Telscher -   8578 | Fax: 314-726-7501 |
| Jacob Wharton -   106793 | Fax: 314-726-7501 |

SCANNED & FAXED BY

JUL -1 2003