RECEIVED
SEP 23 2003
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 24 2003
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| LITECUBES, L.L.C., a California Limited Liability Co. and CARL R. VANDERSCHUIT, Plaintiffs, vs. MEDIACORP WORLDWIDE, LLC a Kansas Limited Liability Corp. Defendants. | Case No. 4:03CV00301ERW<br><br>JURY TRIAL DEMANDED<br><br>So ordered<br>1/24/0_<br>E/Edward Steele |

## MEMORANDUM TO CLERK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to the dismissal of the above-referenced action, with prejudice. Each party to bear its own costs and fees.

Dated: September __, 2003

ULLMAN, DEZUBE & MILLER, P.A.

_____
Doug DeZube
10100 West 87th Street, Suite 202
Overland Park, KS 66212
(913) 385-0355
(913) 385-1948 (Facsimile)

ATTORNEYS FOR DEFENDANT
MEDIACORP WORLDWIDE, LLC

HARNESS, DICKEY & PIERCE, P.L.C.

_Matthew Cutler_
Rudolph A. Telscher, Jr., #8578
Matthew L. Cutler, #78149
Jacob S. Wharton, #106793
7700 Bonhomme, Suite 400
St. Louis, MO  63105
(314) 726-7500
(314) 726-7501 (Facsimile)

ATTORNEYS FOR PLAINTIFFS,
LITECUBES, LLC and CARL R.
VANDERSCHUIT



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 09/25/03 by mberg
        4:03cv301    Litecubes, LLC vs Tradewind Products

17:101 Copyright Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
        COMMISSIONER OF PATENTS & TRAKEMARKS
        WASHINGTON, DC  20231

| Name | ID | Fax |
|---|---|---|
| Matthew Cutler | 78149 | 314-726-7501 |
| Douglas DeZube | | 913-385-1948 |
| Patrick Miller | | 913-385-1948 |
| Rudolph Telscher | 8578 | 314-726-7501 |
| Jacob Wharton | 106793 | 314-726-7501 |

SCANNED & FAXED SEP 25 2003 KH